RECEIVED
JUN 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DEBORAH MCKENNY,
Plaintiff,

vs. C.A. No. 04-507-T

SODEXHO, INC., & SODEXHO
MANAGEMENT, INC.
Defendants.

DISMISSAL STIPULATION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff and defendant in the above matter stipulate to the dismissal of this action in its entirety including all claims and counterclaims. This dismissal is with prejudice and without any award of fees, costs or other monetary sanctions to either plaintiff or defendant.

DEBORAH MCKENNY

By her Attorneys,

Stephen T. Fanning
305 South Main Street
Second Floor
Providence, RI 02903
401-272-8250
401-272-4520 (Telecopy)

Dated: June 7, 2005

SODEXHO, INC. and
SODEXHO MANAGEMENT, INC.

By their Attorneys,

Sheryl D. Hanley (#5439)
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
401-274-9200
888-325-9632 (Telecopy)

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE